## ** 362 INFORMATION SHEET **

| | |
|---|---|
| Craig A Gillette<br>DEBTOR | BK-S-08-21451-mkn<br>BNKR. NO.        MOTION NO. |
| Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5 Mortgage Pass-Through Certificates, Series 2007-AR5<br>MOVANT | CHAPTER: 7 |

PROPERTY INVOLVED IN THIS MOTION: 8409 Dry Cliff Cir, Las Vegas, Nevada 89128

NOTICE SERVED ON: DEBTOR(S) _____ ;
DEBTOR'S(S') COUNSEL _____ ; TRUSTEE _____

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st: $354,853.59 | 1st: $ |
| 2nd: | 2nd: |
| 3rd: | 3rd: |
| 4th: | 4th: |
| Other: | Other: |
| Total Encumbrances: $354,853.59 | Total Encumbrances: $ |
| APPRAISAL or OPINION as to VALUE: $325,000.00 | APPRAISAL or OPINION as to VALUE: |

| TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR | DEBTOR'S OFFER OF "ADEQUATE PROTECTION" FOR MOVANT |
|---|---|
| Amount of Note: $330,650.00 | |
| Interest Rate: 6.500% | |
| Duration: 30 years | |
| Payment per Month: $1,146.26 | |
| Date of Default: 03/01/09 | |
| Amount in Arrears: $2,340.74 | |
| Date of Notice of Default (if recorded): | |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| I hereby certify that an attempt has been made to confer with debtor(s) or debtor(s)' counsel, that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br>SUBMITTED BY:/s/ Eddie R. Jimenez<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>(858) 750-7600<br>NV Bar # 10376 | SUBMITTED BY:<br><br>Signature:_____ |

EXHIBIT "A"

EXHIBIT A

INSTRUCTIONS
for Section 362 Information Sheet

To expedite the hearing of §362 motions for relief from the automatic stay, the moving party shall complete and file with the motion a copy of this Exhibit "A." This information sheet must be duplicated on yellow colored paper. Exhibit "A" requires a statement of the nature and extent of the liens on the debtor's property at issue. The movant must show at least the status of the property at issue. The movant must show at least the status of the movant's lien and any senior liens. Movant must also indicate that proper notice has been served. AT the court's discretion, the motion may be denied if this exhibit has not been completed and filed, unless the information is not applicable (such as for motions to lift stay to allow pending litigation to proceed).

This Exhibit "A" shall be attached to the motion; two copies of Exhibit "A" shall be served on the debtor and trustee. The debtor/trustee shall indicate disagreement on the right side of the additional copy provided by the movant. Debtor/trustee shall file the completed form as Exhibit "A" to the debtor's/trustee's formal response or opposition to the motion.

Special circumstances that would compel the granting or denial of the requested relief shall be set forth briefly on the bottom of Exhibit "A" and shall be explained more fully in the motion or response.

## NOTICING REQUIREMENTS

The Court will not hear motions not properly noticed. Unless the court orders otherwise, twenty (20) days notice of all motions for relief from the automatic stay must be served on the debtor(s), debtor(s)' counsel, and, where applicable, the Chapter trustee, the Chapter 13 standing trustee, or the Chapter 11 trustee. See Bankruptcy Rules 4001, 9014, 7004, and Rule 16 (new Rule 140) of the Local Rules of Practice for the District of Nevada.